UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ALICE T. YOUNG, <u>ET</u> <u>AL</u>.                                        CIVIL ACTION

VERSUS                                                                    NUMBER: 13-5246

IMPERIAL FIRE AND CASUALTY                                SECTION: "S"(5)
INSURANCE COMPANY

**ORDER**

The Court, having considered the motion, the record, the applicable law, and further, that as of this date defendant has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly, **IT IS ORDERED** that plaintiffs' motion for partial summary judgment is **GRANTED**.

New Orleans, Louisiana, this  21st  day of              July              , 2014.

UNITED STATES DISTRICT JUDGE